# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PATRICK ANDRE TAYLOR II & TITUS WILEY, on behalf of themselves and all others similarly situated, § § § § *Plaintiffs*, § v. § § DELTA COUNTY, FORMER SHERIFF RICKY SMITH, CHARLA SINGLETON, COUNTY ATTORNEY JAY GARRETT, COUNTY JUDGE JASON MURRAY, and ZACH WILLIAMSON, § § § § § § § § *Defendants*. § | Civil Action No. 4:22-cv-250 Judge Mazzant |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered today, in which the Court **GRANTED** Defendants' Motions for Summary Judgment, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Patrick Andre Taylor II & Titus Wiley take nothing on all claims asserted against Defendants Delta County, et al. and this case is hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE